# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

145724 & (17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                              SC: 145724
                              COA: 310754
                              Kent CC: 10-012838-FH

EDDIE LEE SMITH,
       Defendant-Appellant.

_____/

      On order of the Court, the motion to add issues is GRANTED. The application for leave to appeal the August 1, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012
                                         Clerk

h1217